# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**494**

**KA 12-00252**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, SCONIERS, AND VALENTINO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                          ORDER

CLAYMOND E. TYUS, DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (SHERRY A. CHASE OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (ASHLEY R. SMALL OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------------

　　　Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered December 15, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

　　　It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: May 2, 2014                                          Frances E. Cafarell
                                                                       Clerk of the Court